UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

Jason M. Gaddis # B-44093,  )

    Plaintiff,  )

    vs.  ) No. _____
Eddie Jones — Warden
Lisa Madigan — Atty. General,  )

    Defendant(s)  )

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, __Jason M. Gaddis__, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

Wrote: WHAM CARY                              DENNIS DOHERTY
     (Attorney)                            (Attorney)
    P.O. Box 762474      (3)        222 N. LaSalle St. - Suite 200
    Chicago, Illinois               Chicago, Illinois
     60626                              60601

In request for possible assistance (pro bono)
No reply from either as of date.

3. In further support of my motion, I declare that (check appropriate answer):

  __✓__    I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

  _____    I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.

1 of 3        A-118

4. In further support of my motion, I declare that (check appropriate answer):

__✓__  I have attached an original application to proceed in forma pauperis detailing my financial status.

_____  I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

_____  I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

_____Susan M. Dodds_____
Movant's Signature

__P.O. Box 99   Pontiac Corr. Cntr.__
Street Address

__Pontiac, Illinois   61764__
City/State/Zip Code

Date: __June 6th, 2007__

10/94

2 2of3

A-119

CERTIFICATE

(TO BE COMPLETED FOR PRISONERS ONLY.  THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER.)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ -19.43 in his trust account at the correctional center where he is confined.  I further certify that the plaintiff or petitioner has the following securites to his credit according to the records of this institution:

_Janet Jones_
(Authorized Officer)

_Pontiac Corr Center_
(Institution)

_Acct Tech I_
(Title)

DATE 6/7/07

IMPORTANT:
THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

3 of 3     A-120