E-FILED
Tuesday, 12 June, 2007 03:13:09 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

|  |  |
|---|---|
| JASON M. GADDIS - Re # B-44343<br>Petitioner/Prisoner<br><br>vs.<br><br>EDDIE JONES -------- WARDEN<br>Respondent/Warden<br><br>LISA MADIGAN<br>Attorney General | No: _____ |

PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICADUM

TO THE HONORABLE JUDGE PRESIDING OVER SAID CAUSE;

THE PETITIONER, PRO SE, SHOWS:

1.) That Jason M. Gaddis, who is imprisoned in the Pontiac Correctional Center, is a material witness in the above entitled cause.

2.) Should this court grant any hearing in this matter, this petitioner prays to testify on his own behalf & be allowed to bring forth physical evidence to support his claim.

3.) In the petition for writ of Habeas Corpus & in the Brief in support, this petitioner alleges several constitutional right violation(s). That there was a direct violation of his 14th & 6th Amendment rights of Due process and Appoint-

1 of 3                                                    A-127

ment of counsel.

4.) That under the fundamental fairness as so required, this petitioner feels that his claim in this matter does show "CAUSE" & that the violation of his rights to Due process & ineffective Assistance of counsel was not harmless error.

In support thereof:

A.) <u>Gideon v. Wainwright</u>, held that the sixth amendment right to counsel was so FUNDAMENTAL & ESSENTIAL to a fair trial, & so to Due Process of law, that it is made OBLIGATORY upon the state by the 14th Amendment. "Id, 372 U.S. at 340, 83 S.Ct. 794, quoting <u>Betts v. Brady</u>, 316 U.S. 455 (1942); <u>PEOPLE v. ALABAMA</u>, 287 U.S. 45, (1932), (3) <u>Johnson v Zerbst</u>, 304 U.S. 458 (1938).

B.) This petitioner's claim of these constitutional violations are of fact, & he has exibits as proof. He don't think that just the appointment of counsel (should this court appoint counsel) could argue a fair argument & this petitioner has an issue that deals with the state remedies & feels that it would be unfair not to have a chance to present <u>all</u> aspects of his claim with exibits.

2 of 5                                                    A-122

c.) In addition, courts will relax the waiver rule when fundamental fairness so requires. <u>People v. Britz</u> 174 Ill. 2d 163, (1996); & <u>People v. Marks</u>, 239 Ill App. 3d 178 (1992).

WHEREFORE, Petitioner prays that the clerk of the court be instructed (in the event of a hearing) to issue a WRIT of Habeas Corpus Ad Testificandum to the Warden Eddie Jones of Pontiac Correctional Center to bring the said Jason M. Gaddis Reg No. B-44293 before this court to testify in said case & to be returned to the Warden Eddie Jones of Pontiac Correctional Center as soon as said case is disposed of.

Respectfully Submitted,
JASON M. GADDIS
PETITIONER PRO-SE

DATE: June 6th, 2007     /s/ Jason M. Gaddis

Jason M. Gaddis
Reg. No. B44293

Pontiac Correctional Center
P.O. Box 99
Pontiac, Illinois 61764

3 of 3     A-129

IN THE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

JASON M. GADDIS - Reg # B-44393 )
   PETITIONER/PRISONER )
                                    )    No.
        vs                  )

EDDIE JONES -------- WARDEN )
   Respondent/WARDEN )

LISA MADIGAN )
   Attorney General )

## ORDER

ON THE PETITION of JASON M. GADDIS

It is ordered the the clerk of this court be and is hereby instructed to issue a writ of Habeas Corpus Ad testificandum to the warden Eddie Jones of the Pontiac Correctional Center in, Pontiac, Illinois, Livingston County to bring prisoner Jason M Gaddis Reg No B-44393 before this court on the above entitled cause And to be Returned to the said Pontiac Correctional Center as soon as the case is disposed of.

Writ ordered for:
The _____ of _____, _____ At _____ in courtroom _____
     DAY     MONTH    YEAR     TIME             ROOM

/s/ _____
THE HONORABLE,
JUDGE PRESIDING

A-130

IN THE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

JASON M. GADDIS - Reg # B-44293
PETITIONER/PRISONER

No. _____

VS.

EDDIE JONES ———— WARDEN
RESPONDENT/WARDEN

LISA MADIGAN
ATTORNEY GENERAL

AFFIDAVIT IS IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS

I JASON M. GADDIS, petitioner, pro se AM the prisoner in the above entitled cause. THAT the ef information CONTAINED IN the PETITION FOR WRIT OF HABEAS CORPUS (&) BRIEF IN SUPPORT Thereof, is to the best of my knowledge IN fact true. And if called to testify, I STATE the FOREGOING ARE TRUE AND CORRECT PURSUANT TO 28 U.S § 1746.

JASON M GADDIS - Reg # B-44293
PETITIONER/PRO SE

DATE: June 6th, 2007    /s/ Jason M. Gaddis

1 of 1    A-131