E-FILED
Wednesday, 01 August, 2007  02:15:57 PM
Clerk, U.S. District Court, ILCD

Jason M. Gaddis
B-44293
Pontiac Correctional Center
P.O. Box 99
Pontiac, Illinois 61764

August 1st, 2007

U.S. District Court
Central Dist. of. Illinois "Urbana"
218 U.S. Courthouse
201 S. Vine St.
Urbana, Illinois 61802

Re: Gaddis v. Jones et-al
    No: 07-cv-01150
    28:2254 (Habeas Corpus)
    (Letter to the court)

Assigned to: Chief Judge Michael P. McCuskey

Dear Your Honor,

## STATUS INQUIRY

This "letter to the court", is for an inquiry in relation to several motions that were attached to, and with the 28 U.S.C. Section 2254 Petition for Writ of Habeas Corpus.

On 6-12-2007 this petitioner had filed the above "Habeas Corpus," as well as:

#1.) Petition to Proceed In Forma Pauperis;
#2.) Motion to Appoint Counsel;
#3.) Motion for Writ of Habeas Corpus Ad Testificandum

All said above documents were filed (together) and electronicly filed

1 of 3

-VIA- I.D.O.C. Pontiac Correctional Center on 6-12-2007. All documents were filed to the Peoria Division & then on 6-13-2007, the Honorable Judge Michael M. Mihm transferred the case to the Urbana Division.

On the 14th of June, 2007 I recieved "Notice" that I've been allowed to proceed informa Pauperis.

Upon full review of the attached documents:
DOCUMENTS 2 of 2 "Docket Report" 6-14-07

I've noticed the Respondant(s) have **not** responded to:

MOTION to Appoint Counsel (Response due by 6-29-2007)
(OR)
MOTION for Writ of Habeas Corpus Ad Testificandum (Response due by 6-29-2007)

Your honor, sir it is understood as to why there hasn't been a response to the Habeas Corpus Ad Testificandum (the Petition 28:2254 hasn't even been responded to yet) however, the Motion to Appoint Counsel could have been decided.

28 U.S.C. § 1915(e)(1), allows a U.S. District Judge to request an attorney to represent any person unable to afford counsel.

Though, I do have some self taught legal education, I'm not adaquate enough in the law to represent myself; these legal issues are complicated; the case may require some investigation that because of my incarceration cannot be done with out counsel; Upon the chance of an evidentuary hearing, credibility will be important and may need cross-examination; Its doubtful that expert testimony will be needed; but I cannot afford to hire counsel on my own.

The factors listed above are listed in <u>Montgomery v. Pinchak</u>, 294 F.3d 492 (3RD Cir. 2002).

Since it is at the Judges discrestion to appoint counsel, I ask that the case (in general) is reviewed and this matter be fixed.

2 of 3

And that counsel be appointed.

If the Responder(s) had until June 29th, 2007 to respond and didn't, shouldn't counsel be appointed? If there was a date change I have not been brought to Notice so this isn't my fault. I do not intend to upset this court in any way. I just want to preserve my rights & my issues.

I've humbly & respectfully allowed an additional month, a total of... 49 days has ~~posed~~ passed since the filing of these motions. I don't know exactly what else to do. Please inquire to the court, or the clerk as to the status on the questioned motions.

Sincerely,

Jason M. Gaddis
   Reg. No. B-44293

/s/ _Jason M. Gaddis_____

Date _August 1st, 2007_____


C.C.    Clerk of the Court
           URBANA DIVISION;

         Eddie Jones Respondent,

         The Attorney General of the state,
              of Illinois.

         Personal file,

3 of 3

21, 24, PRISONER, PROSE

# U.S. District Court
## United States District Court for the Central District of Illinois (Urbana)
### CIVIL DOCKET FOR CASE #: 2:07-cv-02114-MPM-DGB
#### Internal Use Only

Gaddis v. Jones et al
Assigned to: Chief Judge Michael P. McCuskey
Referred to: Magistrate Judge David G. Bernthal
Related Case: 1:07-cv-01150-MMM
Case in other court: Peoria Division, CDIL, 07-01150
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/12/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Jason M Gaddis**     represented by   **Jason M Gaddis**
B44293
PONTIAC
Pontiac Correctional Center
Inmate Mail/Parcels
PO Box 99
Pontiac, IL 61764
815-842-2816
PRO SE

V.

**Respondent**

**Eddie Jones**
*Warden of Pontiac Correctional Center*

**Respondent**

**The Attorney General of the State of Illinois**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/12/2007 | 1 | PETITION TO PROCEED IN FORMA PAUPERIS filed and Petition for Writ of Habeas Corpus 2254 against Eddie Jones and The Attorney General of the State of Illinois received, filed by Jason M Gaddis. (Attachments: # 1 pet 2254# 2 part 2# 3 part 3# 4 part 4)(TK, ilcd) (Entered: 06/12/2007) |
| 06/12/2007 | 2 | MOTION to Appoint Counsel by Petitioner Jason M Gaddis.Responses due by 6/29/2007 (TK, ilcd) (Entered: 06/12/2007) |
| 06/12/2007 | 3 | MOTION for Writ of Habeas Corpus Ad Testificandum (filed as |

1 of 2

|            |   |                                                                                                                                                                                                                                                                                                                          |
|------------|---|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |   | Petition) by Petitioner Jason M Gaddis.Responses due by 6/29/2007 (TK, ilcd) (Entered: 06/12/2007)                                                                                                                                                                                                                       |
| 06/13/2007 | 4 | ORDER transferring case to the Urbana Division, CDIL. Entered by Judge Michael M. Mihm on 6/13/07. (RK, ilcd) (Entered: 06/13/2007)                                                                                                                                                                                      |
| 06/13/2007 |   | Case Reassigned to Judge Michael P. McCuskey and David G. Bernthal. Judge Michael M. Mihm no longer assigned to the case. (RK, ilcd) (Entered: 06/13/2007)                                                                                                                                                               |
| 06/14/2007 |   | TEXT ORDER granting 1 Motion for Leave to Proceed in Forma Pauperis. Respondent is allowed until 8/14/07 to file a response to the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. Section 2254. Entered by Chief Judge Michael P. McCuskey on 6/14/07. (BB, ilcd) Modified on 6/14/2007 (KW, ilcd). (Entered: 06/14/2007) |

2 of 2