**E-FILED**
Tuesday, 14 August, 2007   09:35:36 AM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

for the Central    DISTRICT OF    Illinois, Urbana Division

United States of America ex rel.
 Jason Gaddis, Petitioner,

v.

Eddie Jones, Warden, Pontiac
 Correctional Center, Respondent.

**APPEARANCE**

Case Number:  07-2114

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Respondent.

I certify that I am admitted to practice in this court.

8/14/2007
Date

*(signature)*
Signature

David H. Iskowich                                          6243162
Print Name                                                 Bar Number

100 West Randolph Street, 12th Floor
Address

Chicago                    IL                    60647
City                       State                 Zip Code

(312) 814-5643                    (312) 814-2253
Phone Number                     Fax Number