E-FILED
Tuesday, 14 August, 2007 09:50:52 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

DANVILLE/URBANA DIVISION

August 14, 2007

Jason Gaddis
B 44293
P. O. Box 99
Pontiac, IL   61764

RE: JASON GADDIS v EDDIE JONES, ET AL
CASE NO. 07-2114


Dear Mr. Gaddis:

 NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).


            s/JOHN M. WATERS, CLERK
            JOHN M. WATERS, CLERK
            U.S. DISTRICT COURT


cc:  all counsel