IN THE  
UNITED STATES DISTRICT COURT  
FOR THE CENTRAL DISTRICT OF ILLINOIS  
URBANA DIVISION

| | | |
|---|---|---|
| JASON GADDIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 07-2114 |
| | ) | |
| EDDIE JONES, | ) | |
| Warden, Pontiac Correctional Center, | ) | The Honorable, |
| | ) | Michael P. McCuskey, |
| Respondent. | ) | Judge Presiding. |

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 14, 2007, I electronically filed respondent's **Appearance** with the Clerk of the United States District Court for the Central District of Illinois, Urbana Division, using the CM/ECF system, and that on the same date I mailed by United States Postal Service the same to the following non-registered party:

Jason Gaddis, B44293  
Pontiac Correctional Center  
700 West Lincoln Street  
P.O. Box 99  
Pontiac, Illinois 61764

                                                                                                                                          LISA MADIGAN  
                                                             Attorney General of Illinois

                               By:    /s/ David H. Iskowich  
                                        DAVID H. ISKOWICH, Bar #6243162  
                                        Assistant Attorney General  
                                        100 West Randolph Street, 12th Floor  
                                        Chicago, Illinois 60601  
                                        TELEPHONE: (312) 814-5643  
                                        FAX: (312) 814-2253  
                                        E-MAIL: diskowich@atg.state.il.us