UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF ILLINOIS
(URBANA DIVISION)

JASON M. GADDIS )  28 U.S.C.A § 2254
Reg. No. B-44293  Petitioner )  Petition for Writ of Habeas Corpus
)
)  No. 07-CV-02114
- vs - )
)  Honorable
)  Chief Judge Michael P. McCuskey
)
EDDIE JONES  et.al. )
Respondent )

**FILED**
AUG 15 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Petitioner's
Response to Respondent's motion to Dismiss

1.) I JASON M. GADDIS am the petitioner in this cause.

2.) On August 14th, 2007 I was given an order to reply to the states motion to dismiss. All (8) eight documents were E-Filed to me on this day of August. 14th, 2007. Exibits A, B, C, D.

3.) I never recieved the states issues brought forth in their motion to dismiss. All my documents are electronicly filed their dates will show that I never recieved theses actual arguments just the order to respond. Exibits A, B, C, D

4.) I incorporate all arguments as set forth in my Habeas Corpus petition 28 U.S.C.A. § 2254, I fully stand on the fact that I was denied counsel to be appointed on my direct appeal. The record will show counsel was never appointed, that I filed a timely notice of appeal & in fact DID request counsel. All my allegations are supported by exibits as originally

pg. 1 of 2

filed with the petition for Habeas Corpus.

5) In conclusion, petitioners Writ for Habeas Corpus should be granted in full & the states motion to dismiss should be denied.

6) Attached Exibits A, B, C, & D (8) pages

WHEREFORE, this petitioner;

Ⓐ Denies the respondents motion to dismiss;

Ⓑ Habeas Corpus be granted in it's entirety, & any relief deemed just & fair.

/s/ Jason M. Gaddis

Date: August 14th, 2007

Respectfully Submitted

Jason M. Gaddis
B-44293
Pontiac, Illinois
61764

---

Affidavit in support of
Response to Respondents motion to dismiss

I Jason M. Gaddis, swears that the above argument is to the very best of my knowledge & understanding said to be true.

/s/ Jason M. Gaddis
B-44293

Pg. 2 of 2



| | | | |
|---|---|---|---|
| | "Clark, Michelle R." <MCLARK@idoc.state.il.us> 08/17/2007 12:57 PM | To | <prisoner.urbana@ilcd.uscourts.gov> |
| | | cc | |
| | | bcc | |
| | | Subject | e-filing from Pontiac Correctional Center |

History:     This message has been replied to.

On Wednesday, August 15, 2007, the law library received a document in case #07-2114 entitled **Petitioner's Response to Respondent's Motion to Dismiss** from offender Jason Gaddis B44293 to be e-filed. (10 pages + Proof of Service)

I am forwarding the hard copy to you to be scanned since our scanning equipment is still down.

Thanks.

2:07-cv-02114-MPM-DGB   # 14-2   Page 1 of 1
2:07-cv-02114-MPM-DGB   # 12   Page 1 of 1

E-FILED
Monday, 20 August, 2007 04:54:00 PM
Clerk, U.S. District Court, ILCD

Tuesday, 14 August, 2007 09:56:52 AM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS
### DANVILLE/URBANA DIVISION

August 14, 2007

Jason Gaddis
B 44293
P. O. Box 99
Pontiac, IL 61764

RE: JASON GADDIS v EDDIE JONES, ET AL
CASE NO. 07-2114

Dear Mr. Gaddis:

    NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).

s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT

cc: all counsel

Exibit A

Clark, Michelle R.

| | |
|---|---|
| From: | ECF_Returns@ilcd.uscourts.gov |
| Sent: | Tuesday, August 14, 2007 9:36 AM |
| To: | ECF_Notices@ilcd.uscourts.gov |
| Subject: | Activity in Case 2:07-cv-02114-MPM-DGB Gaddis v. Jones et al Notice of Appearance of Attorney |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

United States District Court for the Central District of Illinois

### Notice of Electronic Filing

The following transaction was entered by Iskowich, David on 8/14/2007 at 9:36 AM CDT and filed on 8/14/2007
**Case Name:**       Gaddis v. Jones et al
**Case Number:**     2:07-cv-2114
**Filer:**           Eddie Jones
**Document Number:** 10

**Docket Text:**
NOTICE of Appearance of Attorney by David H Iskowich on behalf of Eddie Jones (Iskowich, David)


**2:07-cv-2114 Notice has been electronically mailed to:**

David H Iskowich     diskowich@atg.state.il.us, mferguson-ross@atg.state.il.us

Scanning Project Pilot - Pontiac     mclark@idoc.state.il.us, mbaggott@idoc.state.il.us

**2:07-cv-2114 Notice has been delivered by other means to:**

Jason M Gaddis
B44293
PONTIAC            W-218
Pontiac Correctional Center
Inmate Mail/Parcels
PO Box 99
Pontiac, IL 61764

Group B
Exibits
1 of 2

8/14/2007

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=8/14/2007] [FileNumber=567632-0]
[4f8bad2d04c8b20b70997fa9d3843509d6f4fd0cd7750a6964c9bba892c90806880e
26e4f2b357ea356c1169d33238a42e703898021dfa89aa270bd055140aa7]]

---

Reminder: Use of this system is strictly limited to State of Illinois business. Please review Illinois Department of Corrections Administrative Directive 01.05.105 Use of Microcomputers.

8/14/2007

Group B
2 of 2
Exibits

**Clark, Michelle R.**

| | |
|---|---|
| From: | ECF_Returns@ilcd.uscourts.gov |
| Sent: | Tuesday, August 14, 2007 9:41 AM |
| To: | ECF_Notices@ilcd.uscourts.gov |
| Subject: | Activity in Case 2:07-cv-02114-MPM-DGB Gaddis v. Jones et al Motion to Dismiss |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### United States District Court for the Central District of Illinois

**Notice of Electronic Filing**

The following transaction was entered by Iskowich, David on 8/14/2007 at 9:40 AM CDT and filed on 8/14/2007

**Case Name:**  Gaddis v. Jones et al
**Case Number:**  2:07-cv-2114
**Filer:**  Eddie Jones
**Document Number:** 11

**Docket Text:**
MOTION to Dismiss by Respondent Eddie Jones. Responses due by 8/31/2007 (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Exhibit D, # (5) Exhibit E, # (6) Exhibit F, # (7) Exhibit G, # (8) Exhibit H, # (9) Exhibit I, # (10) Exhibit J, # (11) Exhibit K)(Iskowich, David)


**2:07-cv-2114 Notice has been electronically mailed to:**

David H Iskowich    diskowich@atg.state.il.us, mferguson-ross@atg.state.il.us

Scanning Project Pilot - Pontiac    mclark@idoc.state.il.us, mbaggott@idoc.state.il.us

**2:07-cv-2114 Notice has been delivered by other means to:**

Jason M Gaddis
B44293
PONTIAC
Pontiac Correctional Center
Inmate Mail/Parcels

Group C
Exibits
1 of 3

8/14/2007

PO Box 99
Pontiac, IL 61764

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=8/14/2007] [FileNumber=567644-0]
[1d5da4d4ad63268fb5a65976cdf460dd07c5fecfb3c07847c66c714796a74f7999c7
e9da07de0b20e89f81fa2b4b4717f2807e7a181c05229aa5afcd66368df7]]
**Document description:**Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=8/14/2007] [FileNumber=567644-1]
[324c29fb8bd87fd694d542dc1130c0acd23c1672318ac565d22172e9b0e752e4a85c
2567645f7ec6dff57171a8f201f2b8577ddbf7dc3bde21ed3dfc9b605790]]
**Document description:**Exhibit B
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=8/14/2007] [FileNumber=567644-2]
[1c90608d8e1c7a58dcec30264e15c2a5b2902068fab1ab5e1d0790fdc1ab269ba536
20d11503e94d6cbbc2927f66bd3677307d638568baabd92c65bb4153d16b]]
**Document description:**Exhibit C
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=8/14/2007] [FileNumber=567644-3]
[4928149a12700ada17ef68d31ae7ed05252689a3ba93ea268e37573209f155a9c516
ff73bc8d5877887f163e16ebde279666a5c76d104e2137b7d0d53a9116f6]]
**Document description:**Exhibit D
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=8/14/2007] [FileNumber=567644-4]
[a7f865a1a2ccc35918acf37175d39bd9de200f9bc1e45b997305f18f216046b772d6
13c8a24be4b03262d4046e53333a3e03cd5ac3b04e90772e55202e5d2307]]
**Document description:**Exhibit E
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=8/14/2007] [FileNumber=567644-5]
[38c14af0e9d722a69d41b46d50a66001c840c3ef4e4bdc7d001707f9457fb9577206
4d832e4803a6a3bc107d475957adaf90ec04c71c30a67e2cfd65677355db]]
**Document description:**Exhibit F
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=8/14/2007] [FileNumber=567644-6]
[a2b21e16e6d005ad455325ef51f48330f27643ea6f25ec34613a865d2c2c1c63ea6f
f3fc1ededd4d150fbf74e28ad2136b43f7f900a1f0b2bf14b6f94029999d]]
**Document description:**Exhibit G
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=8/14/2007] [FileNumber=567644-7]

8/14/2007

*Group C Exibits 2 of 3*

[1bbee4eaf1087524a6b6a946e82be8cbe0bd2766132663a6c9d3cc1f9bbb6f6552f3 810465508d706b7756dfe72e8b5ae6180f6f6257753379f344feb2567648]]
**Document description:**Exhibit H
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=8/14/2007] [FileNumber=567644-8] [6cdcf027412dfa9a56db7d2f0213b33fa4b29e6669817299523f0c90e7f43a2f410e4 eb86808173a84ab08c25e7e80cfe65eea66d4c19e9c2984a3b7f109dfe3e]]
**Document description:**Exhibit I
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=8/14/2007] [FileNumber=567644-9] [71d7a04e15dc902bfcd1669079ece281f292fc9b77b567e527e50f21ca307f41f4b1 f21843fec683553680aa729c4edc22158a8d322de242fe284b5036259704]]
**Document description:**Exhibit J
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=8/14/2007] [FileNumber=567644-10 ] [26766f49d414399d61c8517cea2dc30afc9ee4945357ef85143dd35cb37f4226322 29fb6c3554cc3cd0fc1b4e738986face14bd6c9f023e05cff730b7f2d3956]]
**Document description:**Exhibit K
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=8/14/2007] [FileNumber=567644-11 ] [8c97b815786b7e905d0b2658d24013a62968c0070543917dd15e0aab613af985756 4eceb9619049bf9fb399f7c520469ad4f5fe515bce333d558fd6e55f13b0e]]

---

Reminder: Use of this system is strictly limited to State of Illinois business. Please review Illinois Department of Corrections Administrative Directive 01.05.105 Use of Microcomputers.

8/14/2007

Group C
Exibits
3 of 3

**Clark, Michelle R.**

| | |
|---|---|
| From: | ECF_Returns@ilcd.uscourts.gov |
| Sent: | Tuesday, August 14, 2007 9:52 AM |
| To: | ECF_Notices@ilcd.uscourts.gov |
| Subject: | Activity in Case 2:07-cv-02114-MPM-DGB Gaddis v. Jones et al Notice (Other) |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### United States District Court for the Central District of Illinois

### Notice of Electronic Filing

The following transaction was entered on 8/14/2007 at 9:51 AM CDT and filed on 8/14/2007
**Case Name:**     Gaddis v. Jones et al
**Case Number:**   2:07-cv-2114
**Filer:**
**Document Number:** 12

**Docket Text:**
NOTICE to pro se petitioner that he has 14 days to respond to MOTION to Dismiss [11] (KW, ilcd)


**2:07-cv-2114 Notice has been electronically mailed to:**

David H Iskowich    diskowich@atg.state.il.us, mferguson-ross@atg.state.il.us

Scanning Project Pilot - Pontiac    mclark@idoc.state.il.us, mbaggott@idoc.state.il.us

**2:07-cv-2114 Notice has been delivered by other means to:**

Jason M Gaddis
B44293
PONTIAC
Pontiac Correctional Center
Inmate Mail/Parcels
PO Box 99
Pontiac, IL 61764



Group D
Exibits
1 of 2

8/14/2007

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=8/14/2007] [FileNumber=567666-0]
[72f2b258013cda6babbe57003c06fb1003e666a4a2deb712f5f04b949707a59d2e32
66e6c9454c28fdc19aba9bc0ddfe3e0101675e9e8daed8e057c1c5c98913]]

---

Reminder: Use of this system is strictly limited to State of Illinois business. Please review Illinois Department of Corrections Administrative Directive 01.05.105 Use of Microcomputers.

8/14/2007



Group D
Exhibits
2 of 2

IN THE

United States District Court for the central district of Illinois (URBANA DIVISION)

Jason M. Gaddis ) 28 U.S.C.A. 2254
Plaintiff/Petitioner ) Petition for Writ of Habeas Corpus
)
Vs. ) No. 07-CV-02114
)
Eddie Jones et, al ) Honorable ~~Jr~~
Defendant/Respondent ) Chief Judge Michael P. McCuskey

To Be Electronic Filed

**PROOF/CERTIFICATE OF SERVICE**

TO: John M. Waters          TO: Eddie, Jone et, al
U.S. Dist. court. Clerk
E-Filed                     E-Filed

PLEASE TAKE NOTICE that on **August 14**, 200 **07**, I placed the documents listed below in the institutional mail at **Pontiac** Correctional Center, properly addressed to the parties listed above for mailing through ~~the United States Postal Service~~ To be E-Filed thru the nax law library Petitioners Response to Respondents Motion to Dismiss 3 Exibits A, B, C, D

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: **August 14th, 2007**

/s/ *Jason M. Gaddis*
Name: Jason M. Gaddis
IDOC No. B-44293
Pontiac Correctional Ctr.
POB 99
Pontiac, , IL