JASON M. GADDIS
B-44293
Pickneyville C.C.
P.O. Box 999
Pickneyville, Ill.
62274

U.S. District Court
218 U.S. Courthouse
201 S. Vine St.
Urbana, Illinois 61802

07-2114
FILED
OCT -3 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Re: Change of address notification

(LETTER TO THE COURT)

Dear District Court,

  I have been transfered to a diffrent prison. Please take note of the address change above.

                                    Thank You!

Respectfully,

JASON M. GADDIS
  Reg. No. B-44293

/s/ Jason M. Gaddis