AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Thursday, 18 October, 2007  10:05:22 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**JASON GADDIS,**
**Petitioner,**

vs.

Case Number:   **07-2114**

**EDDIE JONES,**
**Respondent.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** the petition for habeas corpus relief is DENIED.  Case terminated.

ENTER this 18th day of October 2007.

s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK

s/K. Wynn
BY:  DEPUTY CLERK